JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEN KHACHIKYAN, | Case No. 5:26-cv-01315-KK-KES |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES JANECKA, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting a temporary restraining order (Dkt. No. 17), and Respondents are permanently enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the

///

///

///

burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.  (JS-6)

Dated: May 26, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge

2